DANIEL KANAUGH, as Administrator, etc., of CATHERINE H. KANAUGH,
Deceased, Respondent, v. GEORGE H. UNDERHILL, Appellant.— Order
reversed, with ten dollars costs and disbursements; default opened and
judgment vacated, on the condition that the defendant file a stipulation
agreeing to take the testimony of the plaintiff, if desired, before Charles
O. Pratt, Esq., counselor at law, who is hereby appointed a referee for such
purpose, and pays said ten dollars costs and disbursements, and thirty
dollars trial fees and disbursements of the Trial Term. If such stipulation

is not filed, and said costs paid, order unanimously affirmed, with ten dollars costs and disbursements.   All concurred.